**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:21-cv-04067-AB-PD | Date: | November 16, 2021 |
|---|---|---|---|

Title: *Bryant Marin v. FCA US LLC, et al*

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):        Attorney(s) Present for Defendant(s):

None Appearing        None Appearing

**Proceedings:**   [In Chambers] ORDER **REMANDING** CASE TO STATE COURT

On November 9, 2021, the Court issued an Order (Dkt. No. 19) granting Plaintiff leave to file an First Amended Complaint adding non-diverse defendant Bravo Chrysler Dodge Jeep Ram of Alhambra to the action.

On November 10, 2021, Plaintiff filed the FAC. (Dkt. No. 20.)

Accordingly, consistent with the Order, the Court lacks subject matter jurisdiction over this action. Therefore, the Court **ORDERS** this case **REMANDED** to Los Angeles County Superior Court.

**IT IS SO ORDERED**.